

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Calexico Auto Dismantlers, Inc., a California corporation<br><br>**Plaintiff,**<br>V.<br><br>City of Calexico a California municipal corporation;  DOES 1 through 10<br><br>**Defendant.** | Civil Action No. 20-cv-01822-BEN-RBM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendant's Motion to Dismiss is GRANTED. Plaintiff's claim for relief under 42 U.S.C. § 1983 is dismissed with prejudice, and its remaining claims are dismissed without prejudice.

Date:     11/23/20

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  M. Exler

M. Exler, Deputy